## JAMES MAY *versus* DANIEL STEVENS

JOURNAL ENTRIES (1814–19): *Journal 2:* (1) Bill filed *p. 431-a; (2) rule to appear *p. 440; (3) rule to answer *p. 464; (4) appearance *p. 491; (5) discontinued *p. 661.

PAPERS IN FILE: (1) Bill of complaint; (2) summons and return; (3) incomplete draft of decree.

*Office Docket*, MS p. 5, c. 16; p. 35, c. 4.